IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00549-RTG

LENNIN SANCHEZ-JIMENEZ,

    Petitioner,

v.

WARDEN, DENVER CONTRACT DETENTION FACILITY (Immediate Custodian),
U.S. DEPARTMENT OF HOMELAND SECURITY (DHS),
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), and
UNITED STATES ATTORNEY GENERAL,

    Respondents.

## ORDER OF DISMISSAL

On February 11, 2026, Petitioner Lennin Sanchez-Jimenez, an immigration detainee, submitted to this court *pro se* a "Protective Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" (ECF No. 1) and an "Emergency Motion for Temporary Restraining Order and For Stay of Removal Pending Habeas Review (28 U.S.C. § 2241) (28 U.S.C. §§ 2241, 2243, 1651; Fed. R. Civ. P. 65)" (ECF No. 2). The Court reviewed the documents and opened this new action.

Upon further review of Petitioner's documents submitted on February 11, 2026, the Court finds that they are duplicates of documents used to open Case No. 26-cv-00533-RTG on February 10, 2026. Thus, the newly-filed documents should be filed in Case No. 26-cv-00533-RTG as a duplicate petition and a duplicate motion. The Court,

1

therefore, will direct the Clerk of the Court to close this action and to file the "Protective Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" (ECF No. 1) and the "Emergency Motion for Temporary Restraining Order and For Stay of Removal Pending Habeas Review (28 U.S.C. § 2241) (28 U.S.C. §§ 2241, 2243, 1651; Fed. R. Civ. P. 65) (ECF No. 2) in Case No. 26-cv-00533-RTG.

Accordingly, it is

ORDERED that the Clerk of the Court is directed to close this case because it was opened in error. It is

FURTHER ORDERED that the Clerk of the Court is directed to file a copy of the Petition (ECF No. 1) and Motion (ECF No. 2) (from this case) in Case No. 26-cv-00533-RTG. It is

FURTHER ORDERED that no certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  12th  day of   February  , 2026.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court