IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00549-LTB

LENNIN SANCHEZ-JIMENEZ,

    Petitioner,

v.

WARDEN, DENVER CONTRACT DETENTION FACILITY (Immediate Custodian),
U.S. DEPARTMENT OF HOMELAND SECURITY (DHS),
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), and
UNITED STATES ATTORNEY GENERAL,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on February 12, 2026, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

    DATED at Denver, Colorado, this 12 day of February, 2026.

                           FOR THE COURT,

                           JEFFREY P. COLWELL, Clerk

                           By: s/P. Kline
                               Deputy Clerk